Prob 22 (Rev. 03/97)

FILED

APR 09 2007

CLERK

RECEIVED BY MAIL

MAY 14 2007

CLERK, U.S. DISTRICT COURT ST. PAUL, MN

| TRANSFER OF JURISDICTION | DOCKET NO. (Transferring Court)<br>0864-0:01CR00051-001(ADM) | |
|---|---|---|
| | DOCKET NO. (Receiving Court) | |
| NAME AND LOCATION OF PROBATIONER/SUPERVISED RELEASEE:<br>Richard Francis Bruguier<br>Pine Ridge, SD 57770 | DISTRICT<br>MINNESOTA | DIVISION |
| | NAME OF SENTENCING JUDGE<br>Honorable Ann D. Montgomery | |
| | TYPE OF SUPERVISION<br>SUPERVISED RELEASE | FROM 8/30/05   TO 8/29/2008 |
| OFFENSE<br>Aggravated Or Felonious | | |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the case named above be transferred with the records of this Court to the United States District Court for the District of South Dakota upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision herein may be changed by the District Court to which this transfer is made without further inquiry of this Court.

5 April 2007
Date

Ann D. Montgomery, United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH DAKOTA

IT IS HEREBY ORDERED that jurisdiction of the above case be accepted and assumed by this Court from and after the entry of this order.

5-10-07
Effective Date

United States District Judge

UNITED STATES OF AMERICA } ss
DISTRICT OF SOUTH DAKOTA
I, JOSEPH HAAS, Clerk of the United States District Court for the District of South Dakota, hereby certify that the above and foregoing is a true copy of the original now on file in my office.
Dated: 5/10/07
JOSEPH HAAS, Clerk
By Sandra Thiele, Deputy

SCANNED
MAY 15 2007
U.S. DISTRICT COURT ST. PAUL